NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Tyler J. Woods, Bar No. 232464
Tu-Quyen Pham, Bar No.
Scott J. Ferrell, Bar No. 202091
NEWPORT TRIAL GROUP
4100 Newport Place, Suite 800, Newport Beach, CA 92660
Tel: 949/706-6464
Fax: 949/706-6469

ATTORNEYS FOR: Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| THERMOLIFE INTERNATIONAL, LLC | CASE NUMBER: |
| --- | --- |
| Plaintiff(s), | CV 13 - 04527 DSF (AJWx) |
| v. | |
| DYMATIZE ENTERPRISES, LLC | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for _Plaintiff and all others similarly situated_
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
| --- | --- |
| (List the names of all such parties and identify their connection and interest.) | |
| THERMOLIFE INTERNATIONAL, LLC | Plaintiff |
| DYMATIZE ENTERPRISES, LLC | Defendant |

June 20, 2013
Date

Sign _[signature]_

Tyler J. Woods
Attorney of record for or party appearing in pro per

CV-30 (04/10)                        NOTICE OF INTERESTED PARTIES