1 | Tyler J. Woods (State Bar No. 232464)
   twoods@trialnewport.com
2 | Richard H. Hikida (State Bar No. 196149)
   rhikida@trialnewport.com
3 | Scott J. Ferrell (State Bar No. 202091)
   sferrell@trialnewport.com
4 | **NEWPORT TRIAL GROUP**
   A Professional Corporation
5 | 4100 Newport Place Dr., Suite 800
   Newport Beach, CA  92660
6 | Tel: (949) 706-6464
   Fax: (949) 706-6469
7 |
   Attorneys for Plaintiff and Counter-Defendant
8 |

JS-6

9 | **UNITED STATES DISTRICT COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA**

11 | THERMOLIFE INTERNATIONAL, LLC, | Case No.  13cv04527 RGK(PLAx)

12 | Plaintiff, | Hon. R. Gary Klausner

13 | vs. | **[~~PROPOSED~~] ORDER CONFIRMING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

14 | DYMATIZE ENTERPRISES, LLC,

15 | Defendant
   DYMATIZE ENTERPRISES, LLC,

16 | Counter-Claimants,

17 | vs.

18 | THERMOLIFE INTERNATIONAL, LLC

19 | Counter-Defendant.

**ORDER CONFIRMING STIPULATION FOR DISMISSAL**

1    The Court, having considered the parties' Stipulation for Dismissal Pursuant to

2  Fed. R. Civ. P. 41(a), and good cause appearing therefore, hereby confirms that:

3  • Pursuant to Rule 41(a) of the Federal Rules of Civil Procedures, all claims,

4    counterclaims and defenses in this action are hereby dismissed with prejudice in

5    accordance with the terms and conditions of the Settlement Agreement entered

6    into between the parties on February 10, 2014; and

7  • The parties shall bear their own costs, expenses and attorneys' fees.

8    **IT IS SO ORDERED.**

9

10  Dated: June 09, 2014          By:_____

11                                 Hon. R. Gary Klausner
                                   United State District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER CONFIRMING STIPULATION FOR DISMISSAL**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 9, 2014, I electronically filed the foregoing **[PROPOSED] ORDER CONFIRMING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

　　　　　　　　　　　　　　　 /s/*Tyler J Woods*　　　　　　　
　　　　　　　　　　　　　　　Tyler J Woods

**ORDER CONFIRMING STIPULATION FOR DISMISSAL**